UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER HERRING,<br><br>                            Plaintiff,<br><br>-against-<br><br>MEDICAL STAFF UNIT, et al.,<br><br>                            Defendants. | 20-CV-10088 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued July 21, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 21, 2021
           New York, New York

                                                       *Louis L. Stanton*
                                                        Louis L. Stanton
                                                            U.S.D.J.